No. 71–25.  STAMAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 71–27.  LECCI *v.* LOONEY ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 71–28.  D. H. OVERMYER CO., INC., ET AL. *v.* LOFLIN, DBA LOFLIN SAND & GRAVEL CO.  C. A. 5th Cir. Certiorari denied.

No. 71–29.  WILKERSON ET UX. *v.* MURRAY ET AL. Sup. Ct. Mo.  Certiorari denied.

No. 71–33.  ZANNINO ET AL. *v.* UNITED STATES; and No. 71–34.  STRAUSS ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  Reported below: 443 F. 2d 986.

No. 71–35.  HARPER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 71–37.  GEIGER *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 71–39.  WABNIK *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 71–42.  BORNSTEIN *v.* UNITED STATES; and No. 71–43.  GROSSGOLD *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 447 F. 2d 742.

No. 71–46.  KELCHNER *v.* SUMMERLIN ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 71–48.  WESTERN-PACIFIC DREDGING CORP. *v.* WILLIAMSON.  C. A. 9th Cir.  Certiorari denied.